UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No.: 3:06-cr-149 |
| v. ) | |
| ) | Judges Phillips/Shirley |
| BRIAN KEITH JONES, ) | |
| ) | |
| Defendant. ) | |

INDICTMENT

Count One

The Grand Jury charges that on or about May 17, 2005, in the Eastern District of Tennessee, Defendant BRIAN KEITH JONES, having previously been convicted in a court of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess, in and affecting commerce, a firearm, namely a Smith & Wesson 9mm semi-automatic pistol, and ammunition.

[Title 18, United States Code, Section 922(g)(1)]

Count Two

The Grand Jury charges that on or about May 17, 2005, in the Eastern District of Tennessee, Defendant BRIAN KEITH JONES, having previously been convicted in a court of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess, in and affecting commerce, ammunition, namely one (1) round of CCI 9mm ammunition and four (4) rounds of Winchester 9mm ammunition.

[Title 18, United States Code, Section 922(g)(1)]

A TRUE BILL:

s/ Foreperson
Grand Jury Foreperson

James R. Dedrick
United States Attorney

By: s/ Tracy L. Stone
Tracy L. Stone
Assistant United States Attorney