UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| | ) | No. 3:06-CR-149 |
| V. | ) | (PHILLIPS/SHIRLEY) |
| | ) | |
| | ) | |
| | ) | |
| BRIAN KEITH JONES | ) | |

O R D E R OF SUBSTITUTION OF COUNSEL

The defendant personally appeared before the undersigned on July 9, 2006, for a hearing on a Motion to Substitute Counsel filed by Paula Voss [Doc. 26] on June 29, 2007. Ms. Voss stated that she was unable to represent the defendant because the defendant had requested substitution of counsel because of a deterioration of the attorney-client relationship to the point that adequate counsel can no longer be provided.

Mr. Jones stated in open court that he understood the motion, did not oppose the motion, and wished to have substitute counsel. Mr. Jones was allowed to expound on this in a sealed hearing. Ms. Voss also stated that the defendant wished to have substitution of counsel as to co-counsel, Paul Hensley. The government, through Assistant United States Attorney Tracy Stone indicated the government did not oppose the motion. The Court finds the motion is appropriate and **GRANTS** the motion. Ms. Voss and Mr. Hensley are relieved of their appointments as counsel and Wade Davies is substituted as counsel of record under the Civil Justice Act (CJA). Mr. Davies was present in court and agreed to accept the appointment of counsel.

It is therefore **ORDERED** that Wade Davies be substituted as counsel of record for

Mr. Brian Keith Jones, in the place and stead of Paula Voss and Paul Hensley who are hereby relieved of their appointment, and that defendant's Motion to Substitute Counsel **[Doc. 26]** is hereby **GRANTED**.

**ENTERED**:

  s/ C. Clifford Shirley, Jr.  
United States Magistrate Judge