**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT KNOXVILLE**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **v.** ) | |
| ) | **No. 3:06-CR-149** |
| **BRIAN KEITH JONES** ) | **(Phillips/Shirley)** |

## ORDER OF REFERRAL

It is hereby **ORDERED** that defendant's request for an evidentiary hearing [Doc. 35] is **REFERRED** to the Honorable C. Clifford Shirley, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b) and the Rules of this Court, for disposition or for a report and recommendation as may be appropriate.

**ENTER:**

      s/ Thomas W. Phillips
United States District Judge