IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

UNITED STATES OF AMERICA,   )
   :
        Plaintiff   )
   :
v.   )   NO.: 3-06-CR-149
   :
   )   Judges Phillips/Shirley
BRIAN KEITH JONES,   :
   )
        Defendant.   :
   )

**ORDER**

On November 13 and November 15, 2007, the Court held a hearing on Mr. Jones's

Motion to Exclude Evidence.  [Doc. 44].  Pursuant to the defendant's subpoena, Assistant

Chief Jenkins of the Sweetwater Police Department brought a metal ammunition box which

was introduced as Exhibit 9 at the hearing. [Doc 60: Exhibit Witness List, Exhibit 9].  The

Court took possession of the box and its contents.  The box was sealed and was kept sealed

with the exception of the fact that the parties were jointly allowed to inspect, photograph, and

catalog the contents.  After the inspection, the Court resealed the evidence box.

Since the parties have had the opportunity to inspect the exhibit and since it contains live ammunition, the exhibit may be returned to the Sweetwater Police Department. It is further ORDERED that no one shall break the seal and the box is to be kept intact pending further order of this Court as it may still be needed as evidence.

IT IS SO ORDERED.

ENTER: *nunc pro tunc*, December 27, 2007.

____s/ C. Clifford Shirley, Jr.____
United States Magistrate Judge