# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | No. 3:06-CR-149 |
| | ) | |
| BRIAN KEITH JONES | ) | (Phillips/Shirley) |

## ORDER OF REFERRAL

It is hereby **ORDERED** that the following motions are **REFERRED** to the Honorable C. Clifford Shirley, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b) and the Rules of this Court, for disposition or for a report and recommendation as may be appropriate: (1) defendant's motion in limine [Doc. 78]; (2) the government's first motion in limine [Doc. 81]; and (3) the government's second motion in limine [Doc. 82].

**ENTER:**

                             s/ Thomas W. Phillips
                            United States District Judge