UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 3:06-CR-149 |
| V. ) | (Philips / Shirley) |
| ) | |
| BRIAN KEITH JONES, ) | |
| ) | |
| Defendant. ) | |

# **MEMORANDUM AND ORDER**

This matter is before the undersigned pursuant to 28 U.S.C. § 636(b), the Rules of this Court, and by Order [Doc. 84] of the Honorable Thomas W. Phillips, United States District Judge, for disposition of three Motions in Limine: Defendant's Motion in Limine [Doc. 78], filed February 26, 2008; Government's First Motion in Limine [Doc. 81], filed February 28, 2008; and Government's Second Motion in Limine [Doc. 82], filed February 28, 2008. The parties participated in a telephone conference on March 4, 2008 regarding argument on the pending motions. Participating on behalf of the government was Assistant United States Attorney Tracy Stone. Participating on behalf of Defendant Jones was Attorney Wade Davies.

Since the conclusion of the telephone conference, the parties advised the Court that Defendant Jones decided to enter a plea agreement with the government and thus, would not be proceeding to trial. Accordingly, the Court **DENIES AS MOOT** Defendant's Motion in Limine

**[Doc. 78]**, Government's First Motion in Limine **[Doc. 81]** and Government's Second Motion in Limine **[Doc. 82]**.

**IT IS SO ORDERED.**

ENTER:

  s/ C. Clifford Shirley, Jr.  
United States Magistrate Judge